IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PEDRO CAMACHO,

      Appellant,

v.

WALMART STORES, INC. and
SEDGWICK CMS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4701

Opinion filed April 3, 2017.

An appeal from an order of Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: July 19, 2012.

Bradley G. Smith of Smith, Feddeler & Smith, P.A., Lakeland, for Appellant.

Daniel T. Jaffe and McKensey M. Smith of Rissman, Barrett, Hurt, Donahue,
McLain & Mangan, P.A., Tampa, for Appellees.


PER CURIAM.

      AFFIRMED.

B.L. THOMAS, LEWIS, and ROWE, JJ., CONCUR.